# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE RAY LECKIE, | ) Case No. CV 11-6076 MRW |
| Plaintiff, | ) |
| | ) JUDGMENT |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

The decision of the Administrative Law Judge is AFFIRMED. Judgment shall be entered in favor of Defendant.

DATE: April 26, 2012

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE