1
2
3
4
5
6
7
8
9       UNITED STATES DISTRICT COURT
10      CENTRAL DISTRICT OF CALIFORNIA
11
12  LONNIE RAY LECKIE,                    )  Case No.  CV 11-6076 MRW
                                          )
13                       Plaintiff,       )
                                          )  JUDGMENT
14              vs.                       )
                                          )
15  MICHAEL J. ASTRUE,                    )
    Commissioner of Social Security,      )
16                                        )
                                          )
17                       Defendant.       )
    _____      )
18
19
20      The decision of the Administrative Law Judge is AFFIRMED.  Judgment
21  shall be entered in favor of Defendant.
22
23  DATE: April 26, 2012
24      _____
        HON. MICHAEL R. WILNER
25      UNITED STATES MAGISTRATE JUDGE
26
27
28